The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA G. AGUILAR SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et. al.,<br><br>Defendants. | No. C19-00341-RSM<br><br>JOINT STIPULATION AND ORDER TO DISMISS |

## STIPULATION

WHEREAS Plaintiff filed a complaint under the Administrative Procedures Act and in the nature of mandamus on March 8, 2019, seeking to compel Defendants to adjudicate her application for an employment authorization document ("EAD") while her Petition for U Nonimmigrant Status is pending. Dkt. No. 1.

WHEREAS on May 9, 2019, Defendants issued a decision finding that Plaintiff's Petition for U Nonimmigrant Status appears to demonstrate that she has established the eligibility requirements for U nonimmigrant status and placed her Petition on a waiting list. The same day, Defendants approved Plaintiff's application for an EAD and issued an EAD card valid from May 8, 2019 to May 7, 2021.

WHEREAS the parties agree that Plaintiff's complaint is moot and should be dismissed without fees or costs to either party.

JOINT STIPULATION AND ORDER
TO DISMISS - 1
(C19-341-RSM)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

Plaintiff's complaint is DISMISSED without fees or costs to either party.

SO STIPULATED:

Dated this 10th day of May, 2019.

s/ Diana F. Chamberlain
DIANA F. CHAMBERLAIN, WSBA #38216
1700 21st Avenue S. Suite 202
Seattle, WA 98144
Telephone No. (206) 207-0617
Email  diana@csimmigrationlaw.com
Attorney for Plaintiff

SO STIPULATED:

Dated this 9th day of May, 2019.

BRIAN T. MORAN

United States Attorney

 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Defendants

JOINT STIPULATION AND ORDER
TO DISMISS - 2
(C19-341-RSM)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington  98101-1271**
**(206) 553-7970**

## **ORDER**

The parties having so stipulated, the Court hereby ORDERS that Plaintiff's complaint is DISMISSED without fees or costs to either party.

DATED this 13 day of May 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER
TO DISMISS - 3
(C19-341-RSM)

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**